# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| MARVIN SUMLIN, ) | |
| ) | |
| Petitioner-Appellant, ) | |
| ) | Court of Appeals Case No. 16-1022 |
| v. ) | (District Court Case No. 15 C 10289) |
| ) | |
| RANDY PFISTER, ) | |
| ) | |
| Respondent-Appellee. ) | |

## MEMORANDUM ORDER

This Court's daily review of ECF filings in cases that are, or have previously been, assigned to this Court's calendar has just turned up another hand-printed filing by Marvin Sumlin ("Sumlin") -- his Motion for Leave To Proceed In Forma Pauperis ("Motion"), received in the Clerk's Office on March 3. Despite this Court's earlier memorandum orders (the most recent of which was issued on February 22, 2016), Sumlin does not seem to realize that the pendency of his current appeal[1] means that this Court no longer has jurisdiction over his case. Instead any such motion should be filed in the Court of Appeals (when that is done, the Court of Appeals normally remands the issue to the District Court for a ruling in the first instance).

What is even more puzzling is that just such an order was issued by our Court of Appeals on February 19, 2016 (Dkt. No. 22) in response to Sumlin's motion for leave to appeal in forma pauperis that had been filed the same day -- and, indeed, this Court promptly issued its

---

[1] This memorandum order's caption lists both Sumlin's original case number in this District Court and the number assigned to his appeal by our Court of Appeals.

February 22 memorandum order that denied Sumlin's in forma pauperis status and advised him that he must refile such a motion in the Court of Appeals pursuant to Fed. R. App. 24. Under the circumstances it seems likely that Sumlin may have intended his current filing to comply with the just-described advice in the February 22 memorandum order, but that he simply failed to caption his current Motion for filing in the Court of Appeals rather than this District Court.[2] This Court is accordingly transmitting this memorandum order and an attached copy of Sumlin's Motion to the Court of Appeals for its consideration.

_____
Milton I. Shadur
Senior United States District Judge

Date: March 8, 2016

---

[2] If that is not the case, the current Motion would have to be denied for lack of jurisdiction.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

TOM

| | |
|---|---|
| MARVIN SUMLIN <br> PETITIONER-APPELLANT <br><br> V. <br><br> RANDY PFISTER <br> RESPONDENT-APPELLEE | DISTRICT COURT NO: 1:15-CV-10289 <br><br> NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION <br><br> DISTRICT JUDGE MILTON I. SHADUR |

## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

I, MARVIN SUMLIN, PETITIONER IN THE ABOVE ENTITLED CASE, COMES BEFORE THIS COURT AND RESPECTFULLY MOVES THAT HE BE PERMITTED TO PROCEED IN FORMA PAUPERIS, WITHOUT BEING REQUIRED TO PREPAY FEES OR COSTS, BECAUSE HE IS PRESENTLY INCARCERATED AT STATEVILLE CORRECTIONAL CENTER AND WITHOUT ASSETS WITH WICH TO PAY THE COSTS OF THESE PROCEEDING.

WHEREFORE, PETITIONER PRAYS THAT HE BE GRANTED LEAVE TO APPEAL IN FORMA PAUPERIS.

RESPECTFULLY SUBMITTED,

/s/ Marvin Sumlin
MARVIN SUMLIN
PETITIONER

DATED: 2-29-16

FILED
MAR 03 2016
3-3-16
THOMAS G. BRUTON
CLERK, U.S DISTRICT COURT

ATTACHMENT

MY ISSUE ON APPEAL ARE:

TRIAL JUDGE ABUSED HIS DISCRETION BY NOT ALLOWING MY WITNESS TO TESTIFY FOR ME AT TRIAL, WHICH IS CLEARLY ALLOWED BY THE RAPE SHIELD STATUE 725 ILCS 5/115-7(a)

AVERAGE MONTHLY
AMOUNT DURING THE
PAST 12 MONTHS

|  | YOU | SPOUSE |
|---|---|---|
| EMPLOYMENT | N/A | N/A |
| SELF-EMPLOYMENT | N/A | N/A |
| INCOME FROM REAL PROPERTY | N/A | NONE/A |
| INTREST AND DIVIDENDS | N/A | N/A |
| GIFTS | N/A | N/A |
| ALIMONY | N/A | N/A |
| CHILD SUPPORT | N/A | N/A |
| DISABILITY | N/A | N/A |
| UNEMPLOYMENT PAYMENTS | N/A | N/A |
| PUBLIC ASSISTANCE SUCH AS WELFARE | N/A | N/A |
| TOTAL MONTHLY INCOME: | N/A | N/A |

STATE OF ILLINOIS      )
                       ) SS
COUNTY OF _____  )

## AFFIDAVIT

I, MARVIN SUMLIN being first duly sworn under oath depose and state that the foregoing is true and correct and made upon my personal knowledge and I am competent to testify thereto.

I SWEAR OR AFFIRM UNDER PENALTY OF PERJURY THAT, BECAUSE OF MY POVERTY, I CANNOT PREPAY THE DOCKET FEES OF MY APPEAL OR POST A BOND FOR THEM. I BELIEVE I AM ENTITLED TO REDRESS. I SWEAR OR AFFIRM UNDER PENALTY OF PERJURY UNDER UNITED STATES LAWS THAT MY ANSWERS ON THIS FORM ARE TRUE AND CORRECT. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

_Marvin Sumlin_
**AFFIANT**

SUBSCRIBED AND SWORN TO BEFORE ME
THIS 29th DAY February, 20 16

_David Mansfield_
NOTARY PUBLIC

"OFFICIAL SEAL"
DAVID MANSFIELD
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10/26/2018