IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **MARVIN SUMLIN**, | ) | |
| | ) | |
| Petitioner-Appellant, | ) | |
| | ) | |
| v. | ) | Case No. 15 C 10289 |
| | ) | (USCA Case No. 16-1022) |
| **RANDY PFISTER**, | ) | |
| | ) | |
| Respondent-Appellee. | ) | |

## MEMORANDUM ORDER

This Court's regular updating of a printout of motions listed as pending in cases that are or have been assigned to its calendar has disclosed Dkt. No. 29, which reads:

MOTION by Petitioner Marvin Sumlin for leave to appeal in forma pauperis.

That entry is simply wrong, because the document referred to there is nothing more than a copy of the blank in forma pauperis application that our Court of Appeals transmitted to petitioner Marvin Sumlin ("Sumlin") on April 13, 2016. Dkt. No. 29 is therefore ordered to be deleted as having been entered in error.

In addition, the Clerk's Office is ordered to return Sumlin's most recent $5 payment to him, because the District Court $5 filing fee for habeas corpus petitions does not apply to an appeal from an adverse ruling on such a petition -- instead the appellate filing fees come to $505. In that respect this Court is transmitting to Sumlin not only a copy of this memorandum order but another copy of our Court of Appeals' April 13, 2016 "Circuit Rule 3(b) Notice" -- the latter so that he may comply with its terms if he wishes to proceed with his appeal.

_____
Milton I. Shadur
Date: April 21, 2016        Senior United States District Judge