IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARVIN SUMLIN, | ) | |
| | ) | |
| Petitioner-Appellant, | ) | |
| | ) | |
| v. | ) | Case No. 15 C 10289 |
| | ) | (USCA Case No. 16-1022) |
| RANDY PFISTER, | ) | |
| | ) | |
| Respondent-Appellee. | ) | |

## MEMORANDUM ORDER

This Court's current review of ECF transmissions has revealed the issuance of the attached May 16, 2016 order from our Court of Appeals (Attachment 1) that calls for the transmission to the District Court's Clerk's Office of a $5 check that had been received from petitioner Marvin Sumlin ("Sumlin"). That order appears to reveal continued confusion on Sumlin's part as to the fees payable by him in conjunction with his current appeal from this Court's dismissal of his habeas corpus petition.

As this Court's April 21, 2016 memorandum order (the "Order," Attachment 2) states, the appellate filing fees in his action amount to $505 (a sharply different figure from the $5 filing fee applicable to habeas corpus filings in the District Court). For that reason the Order not only directed the Clerk's Office to return Sumlin's then-most-recent $5 payment to him but also sent him a copy of the April 13, 2016 "Circuit Rule 3(b) Notice" that the Court of Appeals had already transmitted to him -- as this Court's Order concluded, "the latter so that he may comply with its terms if he wishes to proceed with his appeal."

This Court is unaware of the current posture of Sumlin's effort (if any) to obtain in forma pauperis status before the Court of Appeals. If anything further is required on its part in that respect, it of course remains ready to discharge whatever responsibility that may be.

_____
Milton I. Shadur
Senior United States District Judge

Date: May 23, 2016

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

May 16, 2016

To:   Thomas G. Bruton
      UNITED STATES DISTRICT COURT
      Northern District of Illinois
      Chicago , IL 60604-0000

|  |  |
|---|---|
| No. 16-1022 | MARVIN SUMLIN,<br>Petitioner - Appellant<br><br>v.<br><br>RANDY PFISTER,<br>Respondent - Appellee |
| **Originating Case Information:** ||
| District Court No: 1:15-cv-10289<br>Northern District of Illinois, Eastern Division<br>District Judge Milton I. Shadur ||

The following is before the court:

1. **CHECK IN THE AMOUNT OF $5.00,** received by this court on May 13, 2016. Accordingly,

**IT IS ORDERED** that the clerk of this court endorse and send the CHECK to the clerk of the district court.

form name: **c7_Order_to_endorse**(form ID: **214**)

ATTACHMENT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **MARVIN SUMLIN**, | ) |
| Petitioner-Appellant, | ) |
| v. | ) Case No. 15 C 10289 |
| | ) (USCA Case No. 16-1022) |
| **RANDY PFISTER**, | ) |
| Respondent-Appellee. | ) |

## MEMORANDUM ORDER

This Court's regular updating of a printout of motions listed as pending in cases that are or have been assigned to its calendar has disclosed Dkt. No. 29, which reads:

MOTION by Petitioner Marvin Sumlin for leave to appeal in forma pauperis.

That entry is simply wrong, because the document referred to there is nothing more than a copy of the blank in forma pauperis application that our Court of Appeals transmitted to petitioner Marvin Sumlin ("Sumlin") on April 13, 2016. Dkt. No. 29 is therefore ordered to be deleted as having been entered in error.

In addition, the Clerk's Office is ordered to return Sumlin's most recent $5 payment to him, because the District Court $5 filing fee for habeas corpus petitions does not apply to an appeal from an adverse ruling on such a petition -- instead the appellate filing fees come to $505. In that respect this Court is transmitting to Sumlin not only a copy of this memorandum order but another copy of our Court of Appeals' April 13, 2016 "Circuit Rule 3(b) Notice" -- the latter so that he may comply with its terms if he wishes to proceed with his appeal.

_____
Milton I. Shadur
Date: April 21, 2016           Senior United States District Judge

ATTACHMENT 2